IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00613-AP

MARK J. NIDIFFER,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Robert C. Dawes, Esq.
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
970-247-4411
robert.dawes@dawesandharriss.com

For Defendant:

WILLIAM J. LEONE
United States Attorney
KURT J. BOHN
Assistant U.S. Attorney
DEBRA J. MEACHUM
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570
Attorneys for Defendant.

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:** 4/3/06
    **B.    Date Complaint Was Served on U.S. Attorney's Office:** 4/24/06
    **C.    Date Answer and Administrative Record Were Filed**: 6/23/06

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, both parties state that the case raises no unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    PROPOSED BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully request briefing to commence later than 30 days after the filing of this Joint Case Management Plan, as follows:

    **A.    Plaintiff's Opening Brief Due:**     September 7, 2006
    **B.    Defendant's  Response Brief Due:** October 9, 2006
    **C.    Plaintiff's  Reply Brief Due:**       October 24, 2006

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff does not request oral argument.
Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     A.    ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all pro se parties.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended upon a showing of good cause.

DATED this 14th day of July, 2006.

                                                       BY THE COURT:

                                                       <u>S/John L. Kane</u>
                                                       U.S. DISTRICT COURT JUDGE

4

APPROVED:

s/Robert C. Dawes, Esq. 7/13/06                    WILLIAM J. LEONE
                                                   UNITED STATES ATTORNEY
Robert C. Dawes, Esq.
Dawes and Harriss, P.C.                            KURT J. BOHN
572 East Third Avenue                              Assistant U.S. Attorney
Durango, CO 81301                                  kurt.bohn@usdoj.gov
970-247-4411
robert.dawes@dawesandharriss.com                   s/Debra J. Meachum 7/13/06
                                                   By: Debra J. Meachum
Attorney for Plaintiff                             Special Assistant U.S. Attorney
                                                   1961 Stout St., Suite 1001A
                                                   Denver, Colorado 80294
                                                   Telephone: (303) 844-1570
                                                   debra.meachum@ssa.gov
                                                   Attorneys for Defendant.