IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-00613-RPM

MARK J. NIDIFFER,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

       Defendant.

_____

ORDER AWARDING ATTORNEY FEES
_____

Pursuant to the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, filed August 22, 2007 [21], it is

ORDERED that the stipulated motion is granted and $4,000.00 is awarded to plaintiff for attorney fees and costs.

DATED: August 22nd, 2007

                                          BY THE COURT:

                                          s/ Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior Judge